UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Leah Wheeler,                                              Case No.  05-CV-01248 (MJD/AJB)

                Plaintiff,

vs.                                                                 **ORDER DISMISSING WITH PREJUDICE**

Walser Chevrolet,

                Defendant.
_____

      Pursuant to the Stipulation and agreement of the parties [DOC 17] of the above-entitled action, and

      IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice and with each party to bear its own costs and attorney's fees.

      LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  October 13, 2005                s/ Michael J. Davis
                                                 The Honorable Michael J. Davis
                                                 Judge of United States District Court